IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 13-20123 |
| ELVIS R. LAUREANO and | : | CHAPTER 13 |
| ANA C. LAUREANO, | : | |
| Debtors | : | |

### NOTICE OF DEBTORS' MOTION FOR HARDSHIP DISCHARGE UNDER SECTION 1328(B) OF THE BANKRUPTCY CODE

Debtors, ELVIS R. LAUREANO and ANA C. LAUREANO, by and through their counsel of record, Paul Edward Trainor, Esquire, filed a Motion for Hardship Discharge Under Section 1328(b) of the Bankruptcy Code.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the Motion to Reopen Chapter 13 Case or if you want the Court to consider your views on the Motion, then on or before August 14, 2018, you or your attorney must do all of the following:

    (a)    File an answer explaining your position at:

    United States Bankruptcy Court
    For the Eastern District of Pennsylvania
    400 Washington Street, Suite 300
    Reading, PA  19601

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the movant's attorney:

    Paul Edward Trainor, Esquire
    TRAINOR LAW OFFICES, P.C.
    1275 Glenlivet Drive, Suite 100
    Allentown, PA  18106-3107
    (610) 434-7004; (484) 224-2999 Fax
    trainorlawoffices@gmail.com

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the Hearing, the Court may enter an Order granting the relief requested in the Motion.

**3.  A Hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling on August 16, 2018 at 9:30 a.m., in Courtroom #1, United States Bankruptcy Court, 400 Washington Street, Reading, PA  19601.**

4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the Hearing has been cancelled because no one filed an Answer.

June 18, 2018

/s/        Paul Edward Trainor, Esquire
PAUL EDWARD TRAINOR, ESQUIRE
I.D. NO. 35627
Counsel for Debtors
TRAINOR LAW OFFICES, P.C.
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106-3107
(610) 434-7004
(484) 224-2999 Facsimile
trainorlawoffices@gmail.com