IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 13-20123 |
| ELVIS R. LAUREANO and | : | CHAPTER 13 |
| ANA C. LAUREANO, | : | |
| Debtors | : | |

**PRAECIPE TO WITHDRAW DEBTORS' MOTION FOR HARDSHIP DISCHARGE UNDER SECTION 1328(B) OF THE BANKRUPTCY CODE**

TO THE CLERK OF SAID COURT:

Kindly withdraw the Debtors' Motion for Hardship Discharge under Section 1328(B) of the Bankruptcy Code originally filed with this Court on July 17, 2018 on behalf of Elvis R. Laureano and Ana C. Laureano, Debtors.

/s/    Paul Edward Trainor, Esquire
PAUL EDWARD TRAINOR, ESQUIRE
I.D. NO. 35627
Counsel for Debtors
1275 Glenlivet Drive, Suite 100
Allentown, PA  18106-3107
(610) 434-7004
(484) 224-2999 Facsimile
trainorlawoffices@gmail.com