United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-20123-ref
Elvis R. Laureano                                                     Chapter 13
Ana C. Laureano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv              Page 1 of 2              Date Rcvd: Oct 15, 2018
                               Form ID: 138NEW        Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2018.
db/jdb         +Elvis R. Laureano,    Ana C. Laureano,    2446 S. 4th Street,    Allentown, PA 18103-6824
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13264396        Autovest, L.L.C.,    P O Box 2247,    Southfield, MI 48037-2247
13193915       +Autovest, LLC,    Assignee Of Wells Fargo NA,    6 Kacey Court, Suite 203,
                 Mechanicsburg, PA 17055-9237
13321613        BANK OF AMERICA, N.A.,    ATTN: BANKRUPTCY DEPT.,    MAIL STOP CA6-09-01-23,
                 400 NATIONAL WAY SIMI VALLEY,CA 93065
13193916       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13419808       +Bank of America, N.A.,    C/O JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
13322039       +Bank of America, NA,    c/o Mario J. Hanyon, Esq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13847673       +Bank of America, NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13193918       +CH Hospital Of Allentown,    1503 N. Cedar Crest Blvd.,    Allentown, PA 18104-2310
13264525       +City of Allentown,    435 Hamilton Street, Room 215,    Allentown, PA 18101-1603
13193920       +Creditech,    50 North 7th St,    Bangor, PA 18013-1791
13278879       +Dexter K. Case, Esquire,    Case, DiGiamberardino & Lutz, P.C.,    845 N. Park Rd., Ste. 101,
                 Wyomissing, PA 19610-1342
13193923       +Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
13193924       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13193925       +HC Roya,    333 Haltzman Road,    Madison, WI 53713-2109
13193926        MBS Credit & Collections,    PO Box 3794,    Allentown, PA  18106-0794
13193927       +Mbs Inc,    5930 Hamilton Blvd Ste 1,    Allentown, PA 18106-9654
13193928       #+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
13193930       +Robbins Rehabilitation,    110 Hopewell Road, Suite 240,    Downingtown, PA 19335-1047
13193932       +St. Luke's Physician Group,    Box #4096,    PO Box 8500,    Philadelphia, PA 19178-8500
13193933       +St. Luke's Univeristy Health Network,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13226797       +St. Lukes Allentown Campus,    PO Box 329,    Temple, PA 19560-0329
13230267       +St. Lukes Hospital,    PO Box 5489,    Bethlehem, PA 18015-0489
13193934        Surgery Center Of Pennsylvania LLC,    2010 West Chest Pike Suite 212,
                 Havertown, PA  19083-2736
13193935       ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court:  TMobile,     PO Box 742596,    Cincinnati, OH  45274-2596)
13448796       +Wilmington Savings Fund Society et al,    c/o Rushmore Loan Management Services,
                 P.O. Box 52708,    Irvine, CA 92619-2708
13449831        Wilmington Savings Fund Society, FSB,    c/o Danielle Boyle-Ebersole, Esq.,
                 305 York Road, Suite 300,    Jenkingtown, PA 19046-3249

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 16 2018 02:14:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 16 2018 02:14:57      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:18:34
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13247079        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2018 02:18:37
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13243030        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 16 2018 02:18:59
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13193917       +E-mail/Text: EBN_Greensburg@Receivemoremp.com Oct 16 2018 02:15:18      Berks Credit And Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13193919       +E-mail/Text: msanchez@coordinatedhealth.com Oct 16 2018 02:14:53
                 CHS Professional Practice Pc,    2775 Schoenersville Road,    Bethlehem, PA 18017-7307
13193921        E-mail/Text: Bankruptcy.Consumer@dish.com Oct 16 2018 02:14:48      Dish Network,
                 P.O. Box 4034,    Woburn, MA  01888-4034
13193922       +E-mail/Text: bankruptcynotices@dcicollect.com Oct 16 2018 02:15:09      Diversified,
                 10550 Deerwood Pk Blvd Ste708,    Jacksonville, FL 32256-2810
13342069        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 16 2018 02:18:56
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13271273       +E-mail/Text: csidl@sbcglobal.net Oct 16 2018 02:14:57      Premier Bankcard/Charter,
                 PO Box 2208,    Vacaville, CA 95696-8208
13193931       +E-mail/Text: bcreech@scacollections.com Oct 16 2018 02:14:57      Sca Collections Inc,
                 Po Box 876,    Greenville, NC 27835-0876

```
District/off: 0313-4          User: dlv               Page 2 of 2             Date Rcvd: Oct 15, 2018
                              Form ID: 138NEW         Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13193936         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 16 2018 02:14:23
                  Verizon,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              +Premier Bankcard/Charter,   P.O. Box 2208,   Vacaville, CA 95696-8208
13379445*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,   POB 41067,
                  Norfolk, VA 23541)
13291735*        +Premier Bankcard/ Charter,   P.O. Box 2208,   Vacaville, CA 95696-8208
13291833*        +Premier Bankcard/ Charter,   P.O. Box 2208,   Vacaville, CA 95696-8208
13278880        ##David A. Eisenberg, Trustee,   David A. Eisenberg Esq PC,   3140B Tilghman St., PMB #321,
                  Allentown, PA 18104
13193929        ##+Remit Corp,   36 W Main St,   Bloomsburg, PA 17815-1703
13359998        ##+Trainor Law Office, PC,   1720 Fairmont Street,   Allentown, PA 18104-3118
                                                                                    TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 15, 2018 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Wilmington Savings Fund Society et al c/o
               Rushmore Loan Management Services debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              PAUL EDWARD TRAINOR    on behalf of Joint Debtor Ana C. Laureano trainorlawoffices@gmail.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Elvis R. Laureano trainorlawoffices@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Elvis R. Laureano and Ana C. Laureano

    Debtor(s)

Bankruptcy No: 13−20123−ref

Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

  1. The Standing Chapter 13 Trustee has filed his final report and account.

  2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

      400 Washington Street
      Suite 300
      Reading, PA 19601

within 30 days from the date of this notice.

  3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/15/18